Case 1:12-cr-00005   Document 1   Filed in TXSD on 12/06/11   Page 1 of 1

AO 91 (Rev. 08/09) Criminal Complaint

UNsealed 12-8-11
Pursuant to 18 U.S.C. § 3509(d), all references to this instrument are prohibited by court order.

SEALED

United States District Court
Southern District of Texas
FILED

DEC 0 6 2011

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. SEALED B-11-1145-MJ |
| Juan Roberto RINCON-Rincon | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of October 26, 2011 in the county of Cameron in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 963, 952(a), and 960(b)(1). | knowingly and intentionally conspire and agree with persons known and unknown to import a controlled substance into the United States of America from a place outside therof, that is, from the country of Mexico, a quantity of more than 5 kilograms of cocaine (a Schedule II controlled substance) and a quantity of more than 1,000 kilograms of marijuana (a Schedule I controlled substance). |

This criminal complaint is based on these facts:

On October 26, 2011, Juan Roberto RINCON-Rincon was apprehended after entering the U.S. illegally. Investigation of RINCON revealed that he was the GULF CARTEL's plaza (area of control) boss in charge of Rio Bravo, Tamaulipas, Mexico. RINCON was responsible for smuggling operations of all narcotics through the Rio Bravo plaza area. RINCON was in charge of the Rio Bravo plaza since the death of Samuel FLORES-Borrego (September 2, 2011). RINCON was personally responsible for smuggling 500 kilograms of marijuana per week from Rio Bravo, Mexico, into the United States. RINCON also charged a fee for other narcotics that were to be imported into the United States from and through his Mexican plaza. The narcotics imported through RINCON'S plaza (area of control) included marijuana and cocaine. Investigation has revealed the seizure of more than 5 kilograms of cocaine and more than 1,000 kilograms of marijuana imported into the United States via the Rio Bravo plaza area.

_____
Complainant's Signature

Luis Flores    Special Agent
Printed name and title

Sworn to before me and signed in my presence.

December 6, 2011
Date

_____
Judge's signature

Brownsville, Texas
City and State

Felix Recio  U.S. Magistrate Judge
Printed name and title